United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Gregory Haskin Chiropractic Clinics, Inc., Plaintiff, <br><br> v. <br><br> State Farm Mutual Automobile Insurance Company, Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 18-63160-Civ-Scola <br> ) <br> ) <br> ) |

### Order of Dismissal

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 41.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on July 29, 2020.

_____
Robert N. Scola, Jr.
United States District Judge